# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT
10/26/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: CD DEPUTY

Case Number: 2:23-cr-00524-SVW
Defendant Number: 1
U.S.A. v. Edgar Joel Martinez-Reyes
Year of Birth: 1979
[✓] Indictment  [ ] Information
Investigative agency (FBI, DEA, etc.): DEA

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: 2019 TO PRESENT

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
[✓] Los Angeles  [✓] Ventura
[✓] Orange  [ ] Santa Barbara
[ ] Riverside  [ ] San Luis Obispo
[✓] San Bernardino  [ ] Other

Citation of Offense: 21 USC 846; 18 USC 1956(h); 21 USC 841; 18 USC 371, 1960; 18 USC 111

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[✓] No  [ ] Yes
If "Yes," Case Number:

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:
  a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
  b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): 2:23-CR-258-DMG

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on:
Case Number:
Assigned Judge:
Charging:
The complaint/CVB citation:
[ ] is still pending
[ ] was dismissed on:

## PREVIOUS COUNSEL

Was defendant previously represented?  [✓] No  [ ] Yes
IF YES, provide Name:
Phone Number:

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[✓] Yes*  [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**  [ ] Yes  [ ] No
This is the _____ superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on:

Case Number:
The superseded case:
[ ] is still pending before Judge/Magistrate Judge
[ ] was previously dismissed on

Are there 8 or more defendants in the superseding case?
[ ] Yes*  [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes  [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  [✓] YES   [ ] NO

IF YES, list language and/or dialect:
Spanish

**OTHER**

[✓] Male   [ ] Female
[ ] U.S. Citizen   [✓] Alien

Alias Name(s): _____

This defendant is charged in:
[ ] All counts
[✓] Only counts: 1, 2, 7

[ ] This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
[ ] This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?   [ ] Yes   [ ] No
IF YES, should matter be sealed?   [ ] Yes   [ ] No

The area(s) of substantive law that will be involved in this case include(s):

[ ] financial institution fraud        [ ] public corruption
[ ] government fraud                   [ ] tax offenses
[ ] environmental issues               [ ] mail/wire fraud
[✓] narcotics offenses                 [ ] immigration offenses
[ ] violent crimes/firearms            [ ] corporate fraud
[✓] Other   Money laundering

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?   [ ] Yes   [ ] No
d. Is on bail or release from another district:
_____

Defendant is **in custody**:
a. Place of incarceration:   [ ] State   [ ] Federal
b. Name of Institution: _____
c. If Federal, U.S. Marshals Service Registration Number:
_____
d. [ ] Solely on this charge. Date and time of arrest:
_____
e. On another conviction:   [ ] Yes   [ ] No
   IF YES:   [ ] State   [ ] Federal   [ ] Writ of Issue
f. Awaiting trial on other charges:   [ ] Yes   [ ] No
   IF YES:   [ ] State   [ ] Federal   AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   __20__   __21__   __40__

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

Date   10/26/2023

*Julie J. Shemitz* (signature)
Signature of Assistant U.S. Attorney
Julie J. Shemitz
Print Name