JOHN TARGOWSKI CBN 226053
TARGOWSKI LAW OFFICE
475 WASHINGTON BLVD
MARINA DEL REY CA 90292
JTARGO@ICLOUD.COM

**F I L E D**
CLERK, U.S. DISTRICT COURT

11/9/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TV _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> GUILLERMO ZAMBRANO <br><br> PLAINTIFF <br><br> DEFENDANT. | CASE NUMBER: <br><br> 23-cr-00524-SVW <br><br><br> **DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS** |

I, Guillermo Zambrano _____, declare that
     *(Defendant/Material Witness)*

☑ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☐ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___9th___ day of ___November___, 2023 _____
at Los Angeles, CA
              *(City and State)*

_____
*Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:

I, _____, am fluent in written and spoken English and _____
languages. I accurately translated this form from English into _____
to declarant _____ on this date.

Date: _____          _____
                                                          *Interpreter*

CR-37 (05/15)                **DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS**