*United States Probation & Pretrial Services*

United States District Court
Central District of California



**FILED**
CLERK, U.S. DISTRICT COURT

11/29/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TV _____ DEPUTY

Kiry K. Gray
District Court Executive / Clerk of Court



Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

PACTS No:     8763631

**Passport Receipt**

Defendant Name:              Guillermo Zambrano

Name on passport, if different: Guillermo Jose Orduz Zambrano

Country of Origin:           Venezuela

Date passport issued:        6/3/2012

Expiration date of passport: 6/2/2017

Ordered by court in the Central District of California or Southern District of California

Docket Number:               2:23-CD00524-5

Guillermo Zambrano
_____                    11/16/2023
Surrendered By                                 _____
                                               Date

Anita Navarro_USPO
_____                    11/16/2023
Received By                                    _____
                                               Date


_____                    _____
Returned To                                    Date


_____                    _____
Returned By                                    Date

Purpose Returned
_____
Address (if mailed)