**ZAURA VILLAGOMEZ #322102**
**CALIFORNIA ELITE ATTORNEYS**
*Attorney for Defendant*
15915 Ventura Blvd., Suite 203
Encino, CA 91436
Telephone: (213) 992-5000
Zaira@californiaeliteattorneys.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EDGAR JOEL MARTINEZ-REYES, | Case No. 2:23-CR-00524-DMG<br><br>**DEFENDANT'S BRIEF IN SUPPORT OF APPLICATION FOR RECONSIDERATION ORDER OF DETENTION**<br><br><br>Magistrate Judge: Patricia Donahue |

Defendant, Edgar Joel Martinez-Reyes, (hereafter known as "Mr. Martinez") by and through counsel of record, hereby moves this Court for a review of the detention order entered on November 2, 2023, pursuant to 18 U.S.C. § 3145(b). This motion is based on the following grounds:

## I.    PROCEDURAL HISTORY

Mr. Martinez was arrested on November 1, 2023. Mr. Martinez made an in person initial appearance and arraignment on an Indictment on November 2, 2023, before Magistrate Patricia Donahue. Mr. Martinez entered a not guilty to all counts of indictment. The Initial indictment

was filed under seal on October 26, 2023, and contained 10 counts. Mr. Martinez is charged in 3 out of the 10 counts.

Mr. Martinez had a detention hearing on November 2, 2023, before Magistrate Patricia Donahue. Magistrate Patricia Donahue detained Mr. Martinez Reyes finding that the rebuttable presumption of detention was not overcome due to Mr. Martinez' risk of nonappearance and his danger assessment in the community. At that time, Mr. Martinez was represented by a different counsel, Gerald C. Salseda.

On or about November 20, 2023, counsel filed request to substitute Gerald C. Salseda Counsel has since obtained collateral for Mr. Martinez appearance. Counsel has interviewed several employers accounting for Mr. Martinez travel, including dental medical records for his trips to Tijuana, MX. Counsel has spoken to Mr. Martinez' ex-wife in regard to the allegation of a fraudulent marriage.

## II.    STANDARD OF REVIEW

This motion is governed by 18 USC § 3145(b). This Rule allow either party to appeal a magistrate judge's order of release or detention. The standard of review is *de novo*. United United States v. Santos-Flores, 794 F.3d 1088, 1090 (9th Cir. 2015); United States v. Fowlie, 24 F.3d 1070, 1072 (9th Cir. 1994).   The district court has the discretion to "start from scratch", rely on the record from the original detention hearing or a combination of both. United States v. Lutz, 207 F.Supp 2d 1247, 1251 (D.Kan. 2002). The findings of the magistrate judge are given no deference in this review. *Id.*

The Bail Reform Act still favors release under the "least restrictive" conditions even if a defendant poses a risk or nonappearance or danger to the community. 18 USC § 3142(a)(2) and (c). The Court can order preventative detention only if there are no conditions that will

2
**DEFENDANT'S BRIEF IN SUPPORT OF APPLICATION FOR RECONSIDERATION ORDER OF DETENTION**

"reasonably assure the [defendant's] appearance as required [or] the safety of any other person of the community." 18 USC § 3142(e). In this case, the rebuttable presumption under 18 USC § 3142(e)(3) applies because Mr. Martinez is charged with an offense with a maximum term of imprisonment of 10 years or more. The rebuttable presumption has been interpreted as shifting only the burden of production and not persuasion to the defendant. United States v. Strickland, 932 F.2d 1353 (10th Cir. 1991). The "burden of production" may require the defendant to produce "some credible evidence" showing reasonable assurance of appearance and/or no danger to the community. United States v. Carbone, 793 F.2d 559, 560 (3d Cir. 1986).

### III.  MR. MARTINEZ PRE PLEA REPORT AND IMMIGRATION HISTORY

Legal Status in the United States: It is alleged that Mr. Martinez obtained his legal permanent resident status through a fraudulent marriage to Ingrid Harris. Ingrid Harris provided the court with a declaration as to the reason for their separation. **(See TAB A-Declaration of Ingrid Harris)** Further, it is worth noting that the Department of Homeland Security screened Mr. Martinez' application for Resident for over 2 years. Mr. Martinez and his then spouse had to apply for Family Member Petition also known as I-130 application. This application is sent to the Department of Homeland Security for them to determine if the marriage itself is a sham. Only when the Department of Homeland Security is convinced and approves that a marriage is not a sham will they allow an applicant to proceed to apply for Resident status. In Mr. Martinez' case he had to leave the United States and complete his application at a Mexican Embassy. This is known as consular processing. Mr. Martinez had to leave the United States because he has lived in the United States unlawfully before he filed for his resident status.

Aliases: Mr. Martinez lived in the United States without legal status or legal authority to work. Like most other undocumented individuals Mr. Martinez used other names, invalid social

security numbers, and date of births for him to be able to work and provide for himself and

immediate family. Mr. Martinez was granted a I601A waiver for the unlawful time he spent in

the United States. **(See TAB B – VISA)**

### IV.    MR. MARTINEZ PRE PLEA REPORT AND CRIMINAL HISTORY

Criminal History: There are no open or pending criminal charges against Mr. Martinez.

This was contested at his initial appearance but has been confirmed by attorney Diego Weinsetel.

On December 13, 2023, Mr. Martinez' attorney informed this counsel that the State had rejected

the DUI, and the driving without a license was dismissed. **(See TAB D)**   Mr. Martinez is willing

to submit to GPS monitoring, which would put tight restrictions on his freedom of movement.

Accordingly, the court can ensure the safety of the community with these conditions and release

is warranted.

### V.    MR. MARTINEZ' PRE PLEA REPORT AND TRAVEL HISTORY

Travel History: Mr. Martinez has traveled to Mexico as he is originally from Jalisco,

MX. Mr. Martinez has a dentist that he visits frequently in Tijuana**. (See TAB C – Dr. Karina**

**Medical Records)** Mr. Martinez has traveled to Peru for Angeles de La Caridad y la Musica and

the International lions Club. **(See TAB C – Declaration Andrea Vicich)** He has also traveled to

Brazil to meet with girlfriend Lorenna Gomes. **(See TAB C- Declaration of Lorenna Gomes)**

While Mr. Martinez may have travel history, it is not surprising that given that he had never

traveled while undocumented.

### VI.    MR. MARTINEZ' TIES TO THE UNITED STATES

Mr. Martinez Family Ties: Mr. Martinez has his mother, and stepfather who reside in

their home located at 1235 S. Alma.,Los Angeles, CA, 90023. He has a brother by name of Jose

**DEFENDANT'S BRIEF IN SUPPORT OF APPLICATION FOR RECONSIDERATION
ORDER OF DETENTION**

Martinez and has employment. Mr. Martinez completed high school and attended Montebello Community Adult School. He is currently a Legal Permanent Resident.

Support: Mr. Martinez has an entire life span of work and families in the United States. He has developed his career as a promoter and has done a great job finding artists to promote.

## VII.    MR. MARTINEZ' PROPOSED SURETIES

Mr. Martinez family, including Ma Remedios Reyes Ruelas and Jose Israel Rios Romero ware willing to put their home as collateral. Los Angeles Property assessor values it at $212.882.000. Further, they are willing to sign an appearance bond without justification the amount of $50,000.00 each. Jose Martinez, Mr. Martinez' brother, is willing to sign an appearance bond without justification in the amount of $10,000.00. Furthermore, Mr. Martinez is willing to follow the following conditions:

> Standard conditions of pretrial adopted in the District of California; Abide by specified restrictions on personal associations, place of abode, or travel (*e.g.*, no unsupervised contact with persons under 18; no change of residence without prior approval from Pretrial Services; no travel outside California without prior approval of Pretrial Services); Avoid all contact with any potential witnesses or co-defendants; Report to Pretrial Services as directed; Comply with a curfew as directed; Surrender Passport; Refrain from possessing a firearm, destructive device, or other dangerous weapon; Refrain from excessive use of alcohol or any controlled substance as defined by section 102 of the Controlled Substance Act, without a prescription from a licensed medical practitioner; Submit to random drug and alcohol testing as directed by Pretrial Services; and Participate in a program of electronic monitoring as directed by Pretrial Services.

## VIII.    CONCLUSION

Mr. Martinez requests that this Court issue an order reconsidering detention order made on November 2, 2023, and order him released on bond conditions as deemed appropriate by the Court.

Dated:   December 14, 2023

Respectfully Submitted,

Zaura Villagomez
Attorney for Defendant

**DEFENDANT'S BRIEF IN SUPPORT OF APPLICATION FOR RECONSIDERATION
ORDER OF DETENTION**

## TABLE OF CONTENTS

### EDGAR JOEL MARTINEZ REYES

**TAB A**    **Declaration of Ingrid Harris and Lorenna Harris regarding marriage**

**TAB B**    **Defendant's passport, birth certificate and Visa**

**TAB C**    **Defendant's Invitations to Travel**

**TAB D**    **Defendant's Criminal History**

**TAB E**    **Defendant's Ties to the United States**

# TAB A

## DECLARATION OF INGRID HARRIS

My name is Ingrid Harris, and I am Edgar Joel Martinez Reyes' ex-wife. It has come to my attention that there are allegations that the marriage between Joel and I was fraudulent. I am writing to state that these allegations are false and invalid. Joel and I were married for almost ten years (September 2013- July 2023). We met, got to know each other, and decided to get married. My educational/career goals caused us to grow apart. Hence, we agreed that it was best to part ways. I have lived in South Carolina since 2022 and am in the process of obtaining my license as a registered nurse and professional doctorate degree. While I might not live in California or near Joel or his family, I care for him and his family dearly and wish them all the best. I declare under penalty of perjury under the laws of the United States of America that this declaration is correct and true.

Ingrid Harris

Ingrid Harris
Printed Name

Signature

Date: 12/12/2023

Email: ingrid.harris@myemail.indwes.edu

Contact number: (843) 425-1309







**Ingrid Harris**

2620134

**Expires 1/20/2025**









## DECLARATION OF CARMEN LORENA HARRIS

My name is Carmen Lorena Harris, (07/16/1964). I am the mother of Ingrid Harris, Edgar Joel
Martinez Reyes' ex-wife. I am writing this declaration because it has come to my attention that
there are allegations that my daughter, Ingrid, and Edgar marriage is fraudulent. This is not true.

Edgar and my daughter started dating around 2012 or so. When I found out that Edgar was
dating my daughter, I was extremely happy. I knew my daughter had picked a good man to make
her life with. I noticed that my daughter was happy with Edgar. She never spoke ill of him
because they both loved each other dearly. I saw their relationship grow into beautiful love
between them.

I was with them at their wedding, it was a pleasure to be part of their wedding, because I knew
that they both had found each other. Edgar was an older gentleman who is emotionally stable,
who worked hard, who could provide my daughter with the strong man figure and respect that
she deserves. This is what my daughter loved about him. I know because this is what we talked
about before their marriage.

In 2013, when they decided to get married, I knew my daughter had made the right choice with
Edgar. I inform whoever is questioning my daughter's marriage with Edgar that they are wrong.

It was devasting to find out that they were divorcing. They were differences that they couldn't
overcome. Some of it, I feel that it may have been a bit of my fault, as I put pressure on my
daughter to prioritize having children rather than her school. It's my understanding that school
and children were one of their fundamental differences.

While it may be that my daughter and Edgar are now divorced, I know that they loved each
other, and they still do. My daughter and I wish Edgar the best. I still consider him my son-in-
law, despite their divorce.

I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.

Date: _Dec. 13-2023_

CARMEN LORENA HARRIS

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

---

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | July 28, 2015 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-130, Petition for Alien Relative | | A073819560 |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| LIN1591358522 | July 24, 2015 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| July 24, 2015 | 201 B INA SPOUSE OF USC | November 13, 1989 |

PAYMENT INFORMATION:

INGRID H. HARRIS
1235 S ALMA AVE
LOS ANGELES, CA 90023

3    585

| Application/Petition Fee: | $420.00 |
|---|---|
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $420.00 |
| Total Balance Due: | $0.00 |

|ıılıılıılı|lııılı|lılılılılıılıılllılııılı|l|ıllıl

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

---

The I-130, Petition for Alien Relative has been received by our office for the following beneficiaries and is in process:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| MARTINEZ REYES, EDGAR | 5/17/1979 | MEXICO | |

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

| USCIS Office Address: | USCIS Customer Service Number: |
|---|---|
| USCIS<br>Nebraska Service Center<br>P.O. Box 82521<br>Lincoln, NE 68501-2521 | (800)375-5283<br>APPLICANT COPY<br> |

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C   07/11/14  Y

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Biometrics Notification | | NOTICE DATE July 24, 2014 | |
|---|---|---|---|
| CASE TYPE N400    Application For Naturalization | | USCIS A# A 073 819 560 | CODE 3 |
| APPLICATION NUMBER NBC*005169159 | RECEIVED DATE July 16, 2014 | PRIORITY DATE July 16, 2014 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

INGRID HIRASHIMA HARRIS
1235 S ALMA AVE
LOS ANGELES CA 90023

BIOMETRICS PROCESSING
ASC SITE CODE
BIOMETRICS QA REVIEW BY:
912616
ON
TENPRINTS QA REVIEW BY:
912616
ON



To process your application, USCIS must capture your biometrics and have your fingerprints cleared by the FBI. The photo taken may be used on your naturalization certificate. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER USCIS LA WILSHIRE 1015 WILSHIRE BLVD LOS ANGELES CA 90017 | DATE AND TIME OF APPOINTMENT 08/14/2014 02:00 PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

USCIS has a free booklet to help you study for the naturalization test. Ask about 'Learn About the United States: Quick Civics Lessons' when you go to have your fingerprints taken at the Application Support Center.

**NO CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES PERMITTED.**

( ) Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to:

BPU, Alexandria ASC
8850 Richmond Highway, Suite 100
Alexandria, VA 22309-1586

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICATION NUMBER
NBC*005169159

APPLICANT COPY

| WARNING! |
|---|
| *Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.* |

**Please see the back of this notice for important information.**

Form I-797C  01/02/12 Y

**I-797 | NOTICE OF ACTION** | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number<br>MSC1791534733 | USCIS Online Account Number | Case Type<br>I601A - PROVISIONAL UNLAWFUL PRESENCE WAIVER |
|---|---|---|
| Received Date<br>07/11/2017 | Priority Date | Applicant<br>A209 374 940<br>EDGAR JOEL MARTINEZ REYES |
| Notice Date<br>12/26/2017 | Page<br>1 of 2 | |

EDGAR JOEL MARTINEZ REYES
1235 S ALMA AVE
LOS ANGELES CA 90023

**Notice Type:** Approval Notice

U.S. Citizenship and Immigration Services (USCIS) has approved your Application for Provisional Unlawful Presence Waiver, Form I-601A.

USCIS has notified the Department of State of the approval of your provisional unlawful presence waiver application. This completes all USCIS action on your application. If you have any questions about your immigrant visa processing, please contact the National Visa Center (NVC) directly by e-mail using the online public inquiry form at nvc.state.gov/ask. You can also call NVC's Customer Assistance Center at (603) 334-0700, Monday through Friday from 7:00 am to midnight, Eastern Standard Time. If you have questions about your Diversity Visa processing, please contact the Kentucky Consular Center (KCC). The KCC's email address is KCCDV@state.gov and its telephone number is (606) 526-7500.

The approval of your provisional unlawful presence waiver is subject to the conditions established in Title 8, Code of Federal Regulations (8 CFR), section 212.7(e)(12). Under this regulation, the approval will not take effect until each of these requirements is met:

. You have left the United States; **AND**

. You have appeared at a U.S. Embassy or Consulate for an interview in connection with your application for an immigrant visa based on an approved immediate relative visa petition; **AND**

. A U.S. consular officer has determined, in light of the approval of your provisional unlawful presence waiver, that you are otherwise eligible for an immigrant visa based on an approved immediate relative visa petition.

**NOTE:** The approval of your provisional unlawful presence waiver only covers the grounds of inadmissibility for unlawful presence in the United States under section 212(a)(9)(B)(i)(I) and (II) of the Immigration and Nationality Act (INA).

A consular officer will determine whether you are subject to any other grounds of inadmissibility and whether you are eligible for an immigrant visa at the time of your visa interview at a U.S. Embassy or consulate. If a consular officer determines that you are inadmissible for any reason other than prior unlawful presence in the United States or if a consular officer determines that you are otherwise ineligible for the immigrant visa, this provisional waiver is automatically revoked. As a result, the consular officer may refuse the immigrant visa or you may need to submit to USCIS a separate waiver application (the Form I-601, Application for Waiver of Grounds of Inadmissibility), requesting a waiver for each ground of inadmissibility (if waivable under the current law) that may apply to you, including prior unlawful presence under INA section 212(a)(9)(B).

**Limitation of Approved Provisional Unlawful Presence Waivers**

Approval of your provisional unlawful presence waiver **DOES NOT:**

. Address any other grounds of inadmissibility besides unlawful presence; for example criminal grounds, fraud, or prior removals.

. Change the requirement that you must depart the United States to obtain an immigrant visa at a U.S. Embassy or consulate abroad.

. Give you any legal immigration status or allow you to obtain a legal status in the United States.

. Protect you from removal proceedings or stay the execution of a final order of removal.

. Allow you to work in the United States.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

National Benefits Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648004
Lee's Summit MO 64064



**Customer Service Telephone: 800-375-5283**

U. S. Department of State

OMB No. 1405-0113

# VACCINATION DOCUMENTATION WORKSHEET
To Be Completed by Panel Physician Only
For US Vaccination Requirements

EXPIRATION DATE: 10/31/2020
ESTIMATED BURDEN: 20 minutes
Photo (See Page 2 of 2)

## GIVE COPY TO APPLICANT

| Surnames | Given Names | Birth Date *(mm-dd-yyyy)* | Exam Date *(mm-dd-yyyy)* | Blanket Waiver(s) To Be Requested If Vaccination Not Medically Appropriate. |
|---|---|---|---|---|
| **MARTINEZ REYES** | **EDGAR JOEL** | 05-17-1979 | 04-08-2019 | |
| Document Type | Document Number | Case or Alien Number | | Indicate reason below. Mark all that apply (see legend): |
| **PASSPORT** | 31970889 | CDJ2015555249 | | A. B. C. D. F. H |

### 1. Immunization Record
Vaccine History Transferred From a Written Record
List Chronologically from Left to Right. Provide date as mm-dd-yyy

| Vaccine | Date | Date | Date | Date | Vaccine Given by Panel Site | For Designated Refugees Only: Additional Vaccine Given by Panel Site* | | Test for Immunity Positive | Test for Immunity Positive |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Date | Date | Date | |
| Diphtheria,tetanus,pertusis DTP , DTaP | | | | | | | | | A |
| ☐ DT | | | | | | | | | A |
| ☒ Td | | | | | | | | | B |
| ☒ Tdap | | | | | 04-08-2019 | | | | B |
| Polio ☐ OPV | | | | | | | | | A |
| ☐ IPV | | | | | | | | | A |
| Measles, mumps, rubella ☒ MMR | | | | | 04-08-2019 | | | | B |
| ☐ Measles | | | | | | | | | |
| ☐ Mumps | | | | | | | | | |
| ☐ Rubella | | | | | | | | | |
| Rotavirus ☐ Rota Teq (RV5) | | | | | | | | | A |
| ☐ Rotarix (RV1) | | | | | | | | | A |
| Hib | | | | | | | | | A |
| Hepatitis A | | | | | | | | | A |
| Hepatitis B | | | | | | | | | A |
| Meningococcal ☐ MCV 4 | | | | | | | | | A |
| ☐ Other MCV conjugate | | | | | | | | | A |
| Varicella ☒ Vaccine ☐ Varicella history | | | | | 04-08-2019 | | | | B |
| Pneumococcal ☐ PCV 7 | | | | | | | | | A |
| ☐ PCV 10 | | | | | | | | | A |
| ☐ PCV 13 | | | | | | | | | A |
| ☐ PPSV 23 | | | | | | | | | A |
| Influenza | | | | | | | | | F |
| Other | | | | | | | | | |

### 2. Vaccination Documentation

☒ Immigrant Visa or Parolee applicant completed vaccination requirements
☐ K Visa applicant voluntarily completed vaccination requirements

☐ Immigrant Visa applicant refuses vaccination (Class A)
☐ Immigrant Visa applicant requested Adoptee Exemption
☐ Immigrant Visa applicant requests Individual Waiver based on religious or moral convictions
☐ Refugee or follow to join Asylee/Refugee (V92/93) applicant not required to meet vaccination requirements
☐ K Visa applicant electing not to be vaccinated at this examination
☐ Other NIV applicant not required to meet vaccination requirements

### 3. Panel Physician Name (printed) ROCIO FERNIZA M.D.

I attest I performed this examination or supervised completion of this form and have an agreement with the Department of State.

Panel Physician signature

Date *(mm/dd/yyyy)*
04/08/2019

* Only for designated refugees enrolled in the Vaccination Program for U.S.-bound Refugees
☐ Refugee declines to receive vaccinations

**Blanket waiver legend:**   A Not age appropriate B Insufficient time interval to complete series C Contraindicated D Not routinely available F Flu vaccine not available H Known chronic hepatitis B virus infection

DS-3025

Please complete Page 2

Page 1 of 2



# TAB B



2 1 MAR. 2023

PT PID POA VISA

POLICIA FEDERAL - BRASIL

0 4 08 23    5 1 3    1

CLAS.    DOC.    PRAZO

ADMITTED
ELP
APR 25 2019
Class
Until

POLÍCIA FEDERAL - BRASIL

1 4 08 23    5 5 4    2

PRAZO

**VISA**

UNITED STATES

IMMIGRANT VISA

US CONSULATE GENERAL
CIUDAD JUAREZ

IV Case Number
CDJ201555524901

Surname
MARTINEZ REYES

Registration Number
209374940

Given Name
EDGAR JOEL

Gender
M

IV Category
IR1

Birth Date
17MAY1979

Birthplace
MEX

Nationality
MEX

Marital Status
MAR

Passport Number
G31970889

IV Issue Date
17APR2019

IV. Expires On
08OCT2019

Annotation
212(g)(2)(B)
WAIVER SECTION 212(a)(9)(B)(V)

N2076707

UPON ENDORSEMENT SERVES AS TEMPORARY I-551 EVIDENCING PERMANENT RESIDENCE FOR 1 YEAR

VIUSAMARTINEZ<REYES<<EDGAR<JOEL<<<<<<<<<<<<<
G319708895MEX7905171M1910083IFCDJTJOK0142064



En caso de que el titular de este pasaporte requiera de asistencia o protección del gobierno mexicano, se recomienda que acuda a la representación diplomática o consular mexicana más cercana.

EN CASO DE EMERGENCIA NOTIFICAR A /
IN CASE OF AN EMERGENCY PLEASE NOTIFY /
EN CAS D'URGENCE, PRIÈRE DE NOTIFIER À.

Nombre:

Dirección:

Entidad Federativa:

C.P.

Teléfono:

DOMICILIO DEL TITULAR / HOLDER'S ADDRESS
ADRESSE DU TITULAIRE

Dirección:

Entidad Federativa:

C.P.

Teléfono:

ESTE PASAPORTE ES VÁLIDO PARA TODOS LOS PAÍSES
THIS PASSPORT IS VALID FOR ALL COUNTRIES
CE PASSPORT EST VALABLE POUR TOUS LES PAYS

## PASAPORTE Passport/Passeport
1361227?

Estados Unidos Mexicanos

Tipo / Type / Catégorie **P**

Clave del país de expedición
Issuing state code/ Code du pays émetteur **MEX**

Pasaporte No.
Passport No./ No. du Passeport **G31970889**

Apellidos / Surname/ Nom
**MARTINEZ REYES**

Nombres / Given names / Prénoms
**EDGAR JOEL**

Nacionalidad / Nationality/ Nationalité
**MEXICANA**

Fecha de nacimiento / Date of birth / Date de naissance
**17 05 1979**

CURP / Personal No./ No. personnel
**MARE790517HJCRYD03**

Sexo / Sex/ Sexe
**M**

Lugar de nacimiento / Place of birth / Lieu de naissance
**GUADALAJARA, JAL., MEX**

Fecha de expedición / Issue date/ Date de délivrance
**12 03 2019**

Fecha de caducidad / Expiry date/ Date d'expiré
**12 03 2029**

Firma del titular / Holder's signature/ Signature du titulaire

Autoridad / Authority/ Autorité
**LOS ANGELES**

Observaciones / Remarks/ Observations

```
P<MEXMARTINEZ<REYES<<EDGAR<JOEL<<<<<<<<<<<<<<
G319708895MEX7905171M2903127<<<<<<<<<<<<<<06
```

## BIRTH CERTIFICATE TRANSLATION

| | |
|---|---|
| **NAME OF PERSON REGISTERED:** | **EDGAR JOEL MARTINEZ REYES** |
| **DATE OF BIRTH:** | **05/17/1979** |
| **PLACE OF BIRTH:** | **GUADALAJARA, JALISCO** |
| **SEX:** | **MALE** |
| **NAME OF FATHER:** | **REFUGIO MARTINEZ GUEVARA** |
| **NAME OF MOTHER:** | **REMEDIOS REYES RUELAS** |
| **FATHER'S NATIONALITY & AGE:** | **MEXICAN;** |
| **MOTHER'S NATIONALITY & AGE:** | **MEXICAN;** |
| **REGISTERED IN:** | **JOCOTEPEC JALISCO** |
| **NAME OF REGISTRY OFFICIAL:** | **GENERAL DIRECTOR, ENRIQUE CARDENAS** |
| **DATE REGISTERED:** | **HUEZO** |
| | **06/01/1979** |
| **CERTIFICATE NO:** | **MARE790517HJCRYD03** |
| **BOOK #, VOLUME #, PAGE #:** | **1, 1, 207** |
| **SPECIAL NOTES:** | **NONE** |

## CERTIFICATE OF TRANSLATOR'S COMPETENCE

I, IRMA ROMAN, HEREBY CERTIFY: That the above is an accurate translation of the original BIRTH CERTIFICATE, in Spanish, and that I am competent in both, English and Spanish Languages, to render such translation.

DATE: 12|14|2023          SIGNATURE: _____



# ESTADOS UNIDOS MEXICANOS
## ESTADO LIBRE Y SOBERANO DE JALISCO
### REGISTRO CIVIL DE JOCOTEPEC

## CERTIFICACION DE NACIMIENTO



**JALISCO**
GOBIERNO DEL ESTADO
PODER EJECUTIVO

| CLAVE UNICA DE REGISTRO DE POBLACION (CURP) |
| --- |
| **MARE790517HJCRYD03** |

| OFICIALIA N° | LIBRO N° | ACTA N° | LOCALIDAD O DELEGACION | FECHA DE REGISTRO |
| --- | --- | --- | --- | --- |
| 1 | 1 | 207 | **JOCOTEPEC** | **viernes, 01 de junio de 1979** |

| MUNICIPIO | ENTIDAD FEDERATIVA |
| --- | --- |
| **JOCOTEPEC** | **JALISCO** |

### REGISTRADO

**NOMBRE (S) :**  EDGAR JOEL
**PRIMER APELLIDO :**  MARTINEZ
**SEGUNDO APELLIDO :**  REYES

FECHA DE NACIMIENTO : **jueves, 17 de mayo de 1979**   SEXO : **MASCULINO**   FUE REGISTRADO : **VIVO**

### LUGAR DE NACIMIENTO

LOCALIDAD  **GUADALAJARA**       MUNICIPIO  **GUADALAJARA**
ENTIDAD FEDERATIVA  **JALISCO**       PAIS  **MEXICO**

| PADRE | MADRE |
| --- | --- |
| NOMBRE (S)  **REFUGIO** | NOMBRE (S)  **REMEDIOS** |
| PRIMER APELLIDO  **MARTINEZ** | PRIMER APELLIDO  **REYES** |
| SEGUNDO APELLIDO  **GUEVARA** | SEGUNDO APELLIDO  **RUELAS** |
| NACIONALIDAD :  **MEXICANA** | NACIONALIDAD :  **MEXICANA** |

### ANOTACIONES ANEXAS

NO TIENE ANOTACION ANEXA

### ANOTACIONES MARGINALES

NO TIENE ANOTACION MARGINAL

ESTA CERTIFICACION SE EXPIDE CON FUNDAMENTO EN LO DISPUESTO POR LOS ARTICULOS 6,121 Y APLICABLES DE LA LEY DE REGISTRO CIVIL DEL ESTADO, 4 FRACCION II, 6 Y RELATIVOS DEL REGLAMENTO DE DICHA LEY

Firma electrónica certificada : 2a179e004f871e82001e897c4460abd4

Consulta el presente documento en: http://registrocivil.jalisco.gob.mx con el id de certificación: 14624744



JOCOTEPEC, JALISCO, miércoles, 24 de abril de 2019



ESTADOS UNIDOS MEXICANOS
ESTADO LIBRE Y SOBERANO DE JALISCO
REGISTRO CIVIL DE JOCOTEPEC

## CERTIFICACION DE NACIMIENTO

JALISCO

MARE790517HJCRYD63

| OFICIALIA | LIBRO Nº | ACTA Nº | LOCALIDAD DE LA OFICIALIA | FECHA DE REGISTRO |
|---|---|---|---|---|
| 1 | 1 | 207 | JOCOTEPEC | viernes, 01 de junio de 1979 |
| | | MUNICIPIO | | ENTIDAD FEDERATIVA |
| | | JOCOTEPEC | | JALISCO |

### REGISTRADO

NOMBRE (S): EDGAR JOEL
PRIMER APELLIDO: MARTINEZ
SEGUNDO APELLIDO: REYES

FECHA DE NACIMIENTO: jueves, 17 de mayo de 1979    SEXO: MASCULINO    FUE REGISTRADO: VIVO

### LUGAR DE NACIMIENTO

LOCALIDAD: GUADALAJARA    MUNICIPIO: GUADALAJARA
ENTIDAD FEDERATIVA: JALISCO    PAIS: MEXICO

### PADRE

NOMBRE (S): REFUGIO
PRIMER APELLIDO: MARTINEZ
SEGUNDO APELLIDO: GUEVARA
NACIONALIDAD: MEXICANA

### MADRE

NOMBRE (S): REMEDIOS
PRIMER APELLIDO: REYES
SEGUNDO APELLIDO: BUELAS
NACIONALIDAD: MEXICANA

### ANOTACIONES ANEXAS

NO TIENE ANOTACION ANEXA

### ANOTACIONES MARGINALES

NO TIENE ANOTACION MARGINAL

ESTA CERTIFICACION SE EXPIDE CON FUNDAMENTO EN LO DISPUESTO POR LOS ARTICULOS 6,13 Y APLICABLES DE LA LEY DE REGISTRO CIVIL DEL ESTADO, Y FRACCION II Y II RELATIVOS DEL REGLAMENTO DE DICHA LEY

Firma electronica certificada: 3817795004f97ce8200b9987e4400abb44

Consulte el presente documento en: http://registrocivil.jalisco.gob.mx con el id de certificacion: 14624744

JOCOTEPEC, JALISCO, miercoles, 24 de abril de 2019

EXM0235962

TAB C

## DECLARATION OF LORENNA CAVALCANTI GOMES

My name is Lorenna Cavalcanti Gomez (04-28-1975), I live in Brazil. I met Edgar Joel Martinez
Reyes online. We connected with each other and started talking almost daily. We kept in
constant contact with each other, until one day I invited him to visit. He Came to Brazil to get to
know me, and my family. I consider ourselves to be in a relationship because we have known
each other for a long time, and he met my family. His most recent trip is sometime in August
2023.

I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.

Date: 15 12 2023

Lorenna Cavalcanti Gomes

Lorenna Cavalcanti Gomes

Signature: Lorenna Cavalcanti Gomes
Lorenna Cavalcanti Gomes (Dec 15, 2023 19:02 GMT-3)

Email: lorennagomes2010@hotmail.com

REPÚBLICA FEDERATIVA DO BRASIL

ESTADO DA PARAÍBA

SECRETARIA DE ESTADO DA SEGURANÇA E DA DEFESA SOCIAL
POLÍCIA CIVIL
INSTITUTO DE POLÍCIA CIENTÍFICA DA PARAÍBA
NÚCLEO DE IDENTIFICAÇÃO

NOME LORENNA CAVALCANTI GOMES

FILIAÇÃO
CARLOS JOSÉ MUNIZ GOMES
CARMEN LÚCIA CAVALCANTI GOMES
***********
***********

DATA DE NASCIMENTO 28/04/1975
NATURALIDADE CAMPINA GRANDE-PB
FATOR RH *****    ÓRGÃO EXPEDIDOR SESDS-PB
OBSERVAÇÃO ***********

ASSINATURA DO TITULAR

CARTEIRA DE IDENTIDADE

Magnolia

Health Center

To whom it may concern:

Magnolia Health Center hereby confirms that the patient Edgar Joel Martinez Reyes has received dental treatment at the clinic since October 14, 2020. In the various medical procedures received, the placement of 6 dental implants, cleanings, preparations, placements and crown changes.

We attach clinical history where this information is broken down for your better understanding.

Without further ado for the moment, we remain open to any questions or clarifications.

Greetings,

Dr. Karina Medina

www.magnoliadentalcenter.com

Jose Clemente Orozco No. 2468 4th Floor. Int. 403-404, Tijuana, B.C. C.P. 22320
Tel. (664) 634 69 68 USA. (619) 373 88 56 dentalmagnolia403@gmail.com

## CERTIFICATE OF TRANSLATION

I, Irma Roman, am competent to translate from Spanish into English, and certify that the translation of Letter form Magnolia Health Center is true and accurate to the best of my abilities.

Irma Roman
3504 W. Magnolia Blvd.
Burbank, CA 91505
213-784-9660



07 de diciembre del 2023

**A quien corresponda:**

Por medio de la presente Magnolia Health Center hace constatar que el paciente Edgar Joel Martinez Reyes ha recibido tratamiento dental en la clinica desde el 14 de octubre de 2020. En los diversos procedimientos medicos recibidos se destacan la colocacion de 6 implantes dentales, limpiezas, preparaciones, colocaciones y cambios de corona.

Adjuntamos historia clinica donde se desglosa esta informacion para su mejor comprendimiento.

Sin mas por el momento, quedamos abiertos a cualquier duda o aclaracion.

Saludos,

Dr. Karina Medina

www.magnoliadentalcenter.com
Jose Clemente Orozco No. 2468 4to piso. Int. 403-404, Tijuana, B.C. C.P. 22320
Tel. (664) 634 69 68 USA. (619) 373 88 56        dentalmagnolia403@gmail.com



**EXAMEN DENTAL**

| DIENTE | CARA | PLAN DE TRATAMIENTO | COSTO |
|--------|------|---------------------|-------|
| | | (Implante). | |
| | | mismo 1500 dlls por zelle | |
| | | 3000 dlls abono 6/10/20 | |
| | | Coronas | $450 c/u |
| | 26/05/21 | Deposito 500 dlls por zelle | |
| | | Restan - 5,500 dlls | |
| | | + Deposito 500 dlls por zelle | |
| | 27/05/21 | Dposito 1000 dlls por zelle. | |
| | 28/05/21 | Efectivo $ 1,000  Restan $3,000 | |

| FECHA | TRATAMIENTO | COSTO | ABONO | SALDO | FIRMA |
|-------|-------------|-------|-------|-------|-------|
| 4/10 ct /20 | Implante # 12, 15, 16, 46 | | | | |
| 14/10/20 | Implante # 36, 37 | | | | |
| 18/05/21 | Preparacion Corona # 12, 13 | | | | |
| | Cambio Corona # 6,5, 8 | | | | |
| | Carilla # 10, 11, 9 | | | | |
| 18/05/21 | Toma Impresion con Implante | | | | |
| | # 30, 19, 20, 7, 3, 4 | | | | |
| 08/06/21 | Se volvio a poner # 3, 29 | | | | |
| 08/06/22 | Botox $280 dll | | | | |
| 16/10/23 | Limpieza | $70 dll | | | |
| 16/10/23 | Botox | $100 dly | | | |

www.magnoliadentalcenter.com

Jose Clemente Orozco No. 2468 4to piso. Int. 403-404, Tijuana, B.C. C.P. 22320

Tel. (664) 634 69 68 USA. (619) 373 88 56      dentalmagnolia403@gmail.com



The following are the events and missions that Edgar attended:

1. Edgar Joel Martinez Reyes was a participant on a medical mission for Angeles de la Caridad y la
   Música and The International Lions Club in Puno, Peru. This mission took place from August 26, 2019,
   to August 30, 2019. He traveled on his own. During the medical mission he was helpful and well
   behaved.

2. Edgar Joel Martinez Reyes was a participant at the home of Missionaries of Charity in Tijuana, Mexico.
   This mission took place on December 14, 2019. He traveled on his own. During the mission he was
   helpful and well behaved.

3. Edgar Joel Martinez Reyes coordinated for free a few radio interviews to talk about the humanitarian
   work at Hi- favor Broadcasting-Los Angeles.

Date: December 12, 2023

Andrea Vicich
818 288 3817
andrealosageles@yahoo.com

# TAB D

M Gmail

## Edgar Joel Martinez Reyes

messages

Attorney Villagomez <zaura@villamontlaw.com>                                    Fri, Dec 15, 2023 at 1:16 Pl
Reply-To: zaura@villamontlaw.com
To: Diego Weinsetel <djwattorneyatlaw@gmail.com>

Mr. Weinsetel,

Will you please confirm what we spoke about on December 13, 2023. You stated that Edgar Joel Martinez' DUI case was rejected by
the state, and the driving without a license had been dismissed.

Please confirm this information.

Regards,

Zaura

Diego Weinsetel <djwattorneyatlaw@gmail.com>                                   Fri, Dec 15, 2023 at 1:30 Pl
To: zaura@villamontlaw.com

Good afternoon Counsel,

That is correct. Attached is the DA rejection internal case # R3VW04115 (alleged DUI) and the summary disposition showing the
misdemeanor case for Driving W/O a License was dismissed last month (case # 4WH02761).

Take care and good luck,

Diego J. Weinsetel, Esq.
[Quoted text hidden]
--
Law Offices of Diego J. Weinsetel, APLC
6521 Whittier Blvd.
Los Angeles, CA 90022
Phone (323) 213-3004
Fax (323) 213-3398
www.lawofficeofdjw.com

This communication is for its intended recipient only, and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. This communication constitutes an electronic
communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. 2510, and its
disclosure is strictly limited to the recipient intended by the sender of the message. This communication may
contain confidential information and privileged material that is for the sole use of the intended recipient and
receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged
nature of the communication. If you are not the intended recipient or the employee or agent responsible for
delivering this communication to the intended recipient, you are hereby notified that any unauthorized use,
dissemination, distribution or copying of this communication is strictly prohibited and may subject you to
criminal or civil penalty. If you have received this communication in error, please notify us immediately by
telephone (323) 213-3004 or e-mail reply, and delete the message from your system, and destroy any hard
copy you may have printed.
The content of this column is not a substitution for consultation with counsel, nor is it intended for use as a
specific response to a specific set of circumstances. Question concerning this column may be addressed to
Diego J. Weinsetel, Esq. at (323) 213-3004.

📄 **DA Rejection number and summary dispo for Misdemeanor case (Edgar Martinez Reyes).pdf**
1062K



FOUND IT
COSE # R3VW04115

6262 VON NUYS
BCOV -

#762

REJECT
# R3VW04115

12/13/23, 1:16 PM                                                    LASC Criminal Search

**Case Information for WH4WH02761-01**

🖨 Print    🔍 New Search

| | | |
|---|---|---|
| **Case Number**<br>WH4WH02761-01 | **Defendant ID**<br>01 | **Filing Date**<br>5/21/2004 |
| **Arrest Date**<br>3/28/2004 | **Filing Courthouse**<br>Bellflower Courthouse | **Case Title**<br>The People of the State of<br>California vs. RIOS, JOEL LOPEZ |

**Charges**    **Proceedings**    **Bail**    **Sentencing**

▼ 1 record(s). Type a keyword to filter.

| Count | Charge Statute | Plea | Last Disposition |
|---|---|---|---|
| 001 | VC12500(a)-M Unlawful<br>to Drive Unless Licensed | | 11/7/2023 - Dismissed<br>1385 PC |

**Future Proceedings**

There are no future events for this case

**Past Proceedings**

| Date | Time | ype | Result | L tion | Department |
|------|------|-----|--------|--------|------------|
| 11/07/2023 | 08:30AM | Arraignment and Plea | Held - Proceedings | Downey | Dept. - 3 |
| 10/04/2023 | 08:30AM | Arraignment | Proceedings Heard | Downey | Dept. - 3 |
| 05/27/2004 | 08:30AM | Arraignment | Proceedings Heard | Whittier | Dept. - WH-003 |

## Custody Status

| Date | Type | Group Type |
|------|------|------------|
| 10/4/2023 | Released on Own Recognizance | By Case |
| 5/27/2004 | Warrant Bail Set | By Warrant |

## Bonds Information

No Bonds Information.

## Sentencing

No Sentencing Information.

SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

NO. 4WH02761                                                    PAGE NO.  1
THE PEOPLE OF THE STATE OF CALIFORNIA      VS.        CURRENT DATE 10/04/23
DEFENDANT 01:  JOEL LOPEZ RIOS
LAW ENFORCEMENT AGENCY EFFECTING ARREST: LASD - PICO RIVERA STATION

BAIL: APPEARANCE  AMOUNT    DATE      RECEIPT OR  SURETY COMPANY    REGISTER
      DATE        OF BAIL   POSTED    BOND NO.                      NUMBER

CASE FILED ON 05/21/04.
 COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING
COMMITTED, ON OR ABOUT 03/28/04 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING
OFFENSE(S) OF:
   COUNT 01: 12500(A) VC MISD
NEXT SCHEDULED EVENT:
 05/27/04   830 AM  ARRAIGNMENT    DIST WHITTIER COURTHOUSE DIV  002


ON 05/27/04 AT  830 AM  IN WHITTIER COURTHOUSE DIV  003

CASE CALLED FOR ARRAIGNMENT
PARTIES: MARGARET MILLR BERNAL (JUDGE)  STAR WILKINSON  (CLERK)
                  CHARLENE L. MORLEY  (REP)      BRANDON WONG  (DA)
DEFENDANT IS NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
 BENCH WARRANT ORDERED, BAIL $30,000.00
NEXT SCHEDULED EVENT:
 BENCH/WARRANT ISSUED

05/27/04 BENCH WARRANT IN THE AMOUNT OF $30,000.00 BY ORDER OF JUDGE MARGARET
   MILLR BERNAL ORDERED/ISSUED. (05/27/04).


ON 05/30/13 AT  500 AM :

   BY GENERAL ORDER RE: DISTRIBUTION OF CRIMINAL AND
   TRAFFIC AND NON-TRAFFIC INFRACTION CASES IN CERTAIN
   COURTHOUSES DATED 04/10/2013, THIS MATTER IS
   TRANSFERRED TO THE DOWNEY COURTHOUSE FOR ALL
   FURTHER PROCEEDINGS.

# TAB E

## DECLARATION OF DAVID LOPEZ XOLO

My name is David Lopez Xolo (12/20/1989) I am writing this declaration in support of Edgar Joel Martinez Reyes bail.

I have known Edgar for about 2 years, when we worked at RB Music as contractors for artists and singing gigs. As promoters, we oversee bookings for the artist that RB Music has signed on. One of the primary music band Edgar was Decima Banda.

I worked for RB Music for approximately 13 years. Edgar started working after me. I was happy to see Edgar work because he is a hard worker. Edgar knew several people because he is a well-liked guy.

I have no reservations in saying that Edgar is a good man, and he deserves the opportunity to be free while charges are pending.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 13/12/2023

David lopez xolo

DAVID LOPEZ XOLO

Signature: David Lopez Xolo (Dec 13, 2023 15:06 PST)

Email: copperx20@gmail.com

**California** USA    DRIVER LICENSE    FEDERAL LIMITS APPLY

DL Y2875133    CLASS C

EXP 12/20/2024    END NONE

LN **LOPEZ XOLO**
FN **DAVID**
9920 RAMOS AVE
BAKERSFIELD, CA 93307
DOB **12/20/1989**
RSTR NONE

12201989



SEX M    HAIR BLK    EYES BLK
HGT 5'-05"    WGT 145 lb    ISS
DD 06/10/2015507OD/DDFD/24    07/13/2021



**Montebello Unified School District**
**Montebello Community Adult School**
2018 - 2019
Student



Edgar J. Martinez

ID# 6278836





# City of Los Angeles

## Certificate of Recognition

### is hereby presented to

## *Edgar Joel Martínez*

As Mayor of the City of Los Angeles, and on behalf of its residents, I am proud to join Angels of Charity and Music as they honor and recognize your service to less fortunate women and children around the world. I commend the surgeons, anesthesiologists, nurses and volunteers for their hard work and continued support. You are an inspiration to us all.

August 1, 2015



**ERIC GARCETTI**
Mayor

Scanned with CamScanner





**JMC**
PROFESSIONAL SEMINARS

This

*Certificate*

Is awarded to:

**EDGAR JOEL MARTINEZ**

For having satisfactory completed the basic course of

*Customer Service*

"A better life through communication"

Mayo 25, 2013

Los Angeles, California

Date

Javier Madera Camacho
President

**JMC**
PROFESSIONAL SEMINARS

This

*Certificate*

Is awarded to:

# EDGAR JOEL MARTINEZ

For having satisfactory completed the basic course of

*Customer Service*

"A better life through communication"

Mayo 25, 2013

_____
Date

Los Angeles, California

Javier Madera Camacho
President



Asociación Internacional de Clubes de Leones

# Diploma

## EL CLUB DE LEONES "PUNO" Y LA
## "FUNDACION ANGELES DE LA CARIDAD Y LA MUSICA"

RECONOCIMIENTO OTORGADO A:

## JOEL MARTINEZ

Por su decidido apoyo y participación en las actividades programadas durante la VII CAMPAÑA DE OPERACIONES GRATUITAS DE LABIO LEPORINO, PALADAR HENDIDO, MALFORMACIÓN DE MANOS, PIES, OREJAS, DENTAL Y OTROS, llevado a cabo en la ciudad de Puno del 26 al 30 de Agosto de 2019.

Puno 30 de Agosto de 2019



León RAUL SOTO TORRES
PRESIDENTE

Mr. JULIAN HANBERG
PRESIDENTE DE LA FUNDACION



RADIO
**NUEVA VIDA**
N E T W O R K

1390 AM -- KLTX
1240 AM -- KEZY
1139 AM -- KSDO



Hí-Favor Broadcasting

136 S. Oak Knoll Ave. Suite 302
Pasadena, CA 91101
ph (626) 817-9821
fax (626) 795-9185

Compensation Summary for Edgar, J. Martinez
Start Date: 4/29/08

Date: 4/29/08

Compensation Schedule:

Starting Month through Month 4,
$3,000.00 per month
15% commission of collections over $20,000.00
20% on managed La Familia collections

Month 5 through Month 8
$2,000.00 per month
15% commission of collections over $13,000.00
20% on managed La Familia collections

Month 9 through Month 12
$1,000.00 per month
15% commission of collections over $6,500.00
20% on managed La Familia collections

Month 13 and on
15% commission of total collections per month
20% on managed La Familia collections

*Compensation includes Mileage reimbursement of $0.32 per mile and cell phone reimbursement up to $150.00 per month.

Under company policy, all employees are employed at will for an indefinite period. This means that employees may resign at any time and the company may terminate employment at any time with or without cause or advance notice.

No employee or other company representative can modify this policy in any manner nor enter into any agreement, either oral or written, that is contrary to this policy unless it is in writing and signed b y Roland S. Hinz, President. This policy shall not be considered modified by any statements contained in this or any other employee handbook or any other material generated by the company or its employees.

By signing this document, you understand and acknowledge the "at-will" policy of Hi-Favor Broadcasting (Hi-Torque Publications)

_____          _4/29/08_____
Edgar, J. Martinez                      Date

_____          _4/29/08_____
Sergio Martinez, Gen. Sales Mgr.   Date

_____          _____
Roland Hinz, President              Date





136 S. Oak Knoll Ave. Suite #200
Pasadena, CA 91101
Tel: 626. 356. 2215
Fax: 626. 795. 9185

Date: July 11, 2016

Re: Employment verification for Edgar Joel Martinez Reyes

To Whom It May Concern:

This letter is to confirm that Edgar J. Martinez has been employed with us since April 29, 2008, Edgar Joel Martinez Reyes is currently working with us as an Account Executive. He has always been a full time employee.

Please feel free to contact us if you need additional information or verification at (626) 356-4230.

Sincerely,

Sergio Martinez
V.P./ General Sales Manager
Hi-Favor Broadcasting

KLTX 1390AM Los Angeles          KEZY1240AM San Bernardino          KSDO 1130AM San Diego





**ALIMENTO PARA EL ALMA**
LOS ANGELES 1390 AM - SAN DIEGO 1130 AM - SAN BERNARDINO 1240 AM

November 28, 2023

To Whom it may concern:

I know Edgar Joel Martinez Reyes since April 29, 2008 at Radio Inspiracion, I was a sales
assistant, Edgar Joel was an Account Executive at Hi-favor Broadcasting,
(Radio Inspiracion) for three radio station 1390-AM Los Angeles, 1240-AM San Bernardino and
1130-AM San Diego.

Joel was a hardworking individual, very compassionate, but most important man of faith!

Regards,

Margarita Jimenez



**California** USA  **DRIVER LICENSE**

DL C2200224

CLASS C

EXP 02/28/2026

END NONE

LN JIMENEZ
FN MARGARITA
10401 MONTARA AVE
SOUTH GATE, CA 90280

DOB 02/29/1964
RSTR NONE

02291964

SEX F    HAIR BRN    EYES BRN
HGT 5-03"    WGT 150 lb    ISS
DD 11/13/202050931/AAFD/26    11/13/2026

Scanned with CamScanner





November 28,2023

To Whom it may concern:

Joel Martinez worked for HI-Favor Broadcasting (Radio Inspiracion) from April 29 ,2008 until November 5th, 2019.

He holds the position of account executive for three different radio stations, Los Angeles KLTX 1390 AM, San Bernardino 1240 AM and San Diego 1130 AM, he was successful at it and he reported to me the sales manager.

Sincerely,

Martin Ayala

Powered by  CamScanner

1390 AM / Los Ángeles | 1130 AM / San Diego | 1240 AM / San Bernardino





November 28, 2023

To whom it may concern:

Joel Martinez worked for Hi-Favor Broadcasting from April 29, 2008 to November 5, 2019.

He was holding the position of an Account Executive for KLTX 1390-AM, KSDO 1130AM, and KEZY 1240AM.

Sincerely,

Carl Husfeld

*Carl Husfeld* (signature)

 **136 Oak knoll ave, Pasadena, CA 91101**      **(626) 356 - 4230**

 @radioinspiracionsocal     Radio Inspiració Powered by      CamScanner

**CERTIFICATE OF SERVICE**

I, Zaura Villagomez, hereby certify that on December 15, 2023, I served a copy of the

foregoing upon the counsel for the Plaintiff in this matter, by email to:

United States Attorney's Office:

Julie Shemitz – AUSA
Patrick Castaneda – AUSA
312 N. Spring St.
Los Angeles, California 90012

/s/ Zaura Villagomez
Zaura Villagomez
Attorney for Defendant