# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT
4/4/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: CDO DEPUTY

Case Number: 2:23-cr-524(A)
U.S.A. v. SAI ZHANG
Defendant Number: 3
Year of Birth: 1990

[✓] Indictment   [ ] Information
Investigative agency (FBI, DEA, etc.): DEA

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense: October 2019 - October 2023

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
[✓] Los Angeles   [ ] Ventura
[✓] Orange   [ ] Santa Barbara
[ ] Riverside   [ ] San Luis Obispo
[✓] San Bernardino   [ ] Other

Citation of Offense: 21 USC 846; 18 USC 1956(h); 18 USC 371, 1960

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[✓] No   [ ] Yes
If "Yes," Case Number: _____

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:
 a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
 b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: _____
Case Number: _____
Assigned Judge: _____
Charging: _____

The complaint/CVB citation:
[ ] is still pending
[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [✓] Yes
IF YES, provide Name: Reuven Cohen
Phone Number: 213-232-5163

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[✓] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [✓] No

This is the 1st superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: 10/26/2023
Case Number: 2:23-cr-00524-DMG

The superseded case:
[✓] is still pending before Judge/Magistrate Judge Dolly M. Gee
[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[✓] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

Was a Notice of Complex Case filed on the Indictment or Information?
[✓] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CASE SUMMARY

**INTERPRETER**

Is an interpreter required?   ☑ YES   ☐ NO

IF YES, list language and/or dialect:
MANDARIN

**OTHER**

☑ Male   ☐ Female

☐ U.S. Citizen   ☑ Alien

Alias Name(s)   "Tommy"

This defendant is charged in:
  ☐ All counts
  ☑ Only counts:   1, 2, 7

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud   ☐ public corruption
☐ government fraud   ☐ tax offenses
☐ environmental issues   ☐ mail/wire fraud
☑ narcotics offenses   ☐ immigration offenses
☐ violent crimes/firearms   ☐ corporate fraud
☑ Other   money laundering

**CUSTODY STATUS**

<u>Defendant is **not in custody**</u>:
  a. Date and time of arrest on complaint: _____
  b. Posted bond at complaint level on: _____
     in the amount of $ _____
  c. PSA supervision?   ☐ Yes   ☐ No
  d. Is on bail or release from another district: _____

<u>Defendant is **in custody**</u>:
  a. Place of incarceration:   ☐ State   ☐ Federal
  b. Name of Institution: _____
  c. If Federal, U.S. Marshals Service Registration Number: _____
  d. ☐ Solely on this charge. Date and time of arrest: _____
  e. On another conviction:   ☐ Yes   ☐ No
     IF YES:   ☐ State   ☐ Federal   ☐ Writ of Issue
  f. Awaiting trial on other charges:   ☐ Yes   ☐ No
     IF YES:   ☐ State   ☐ Federal   AND
     Name of Court: _____
     Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   ____20   ____21   ____40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date   03/20/2024

*Julie J. Shemitz*
Signature of Assistant U.S. Attorney
Julie J. Shemitz
Print Name