UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 23-524 | Date | June 10, 2024 |
|---|---|---|---|
| Title | United States v. Zhou | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | Eddie Ramirez | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Government: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:**

    1.    Defendant Zhou moved for reconsideration of the detention determination in this criminal action. (Docket # 272.) Chief District Judge Gee referred the matter to Magistrate Judge Wilner for review. (Docket # 292.)

    2.    The government's response to the defense application will be due by noon on Friday, June 14. Defendant's optional reply will be due by the close of business on Tuesday, June 18.

    3.    Judge Wilner will hold a hearing on the application on Thursday, June 20, at 10 a.m. The Marshals Service is directed to bring Defendant to Courtroom 550, Roybal Federal Courthouse, 255 E. Temple St., in downtown Los Angeles, for that hearing.