UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | | |
|---|---|---|
| Case No. 2:23-cr-00524-DMG-9 | | Date: 06/17/2024 |
| Present: The Honorable: Alka Sagar, U.S. Magistrate Judge | | |
| Interpreter F. Javier Villalobos | | Language: Spanish |
| Alma Felix | 06/17/2024 | Elia Herrera |
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| | | |
|---|---|---|
| U.S.A. v. Defendant(s) ✔ Present In Custody | Attorneys for Defendants: ✔ Present CJA | |
| Leopoldo Bernal | Anthony M. Solis | |

Proceedings: Arraignment of Defendant and/or    ✔ Assignment of Case    Appointment of Counsel
Initial Appearance

* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: F. Javier Villalobos; Language: Spanish
* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Dolly M. Gee.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 8/20/2024 8:30 AM;
Pre-Trial Conference: 08/07/2024 2:30 PM
* The government is ordered to turn over any discovery within two weeks after PIA. If there are any problems regarding discovery, counsel are to file a joint report within one week of the discovery deadline, or request for a status conference. Judge Gee is located in 8C, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA         PSAED         PSASA
  ✔ USMLA         USMED         USMSA            Initial Appearance/Appointment of Counsel: 00 : 00
   Statistics Clerk              ✔ Interpreter         Arraignment: 00 : 02
  ✔ CJA Supervising Attorney     Fiscal            Initials of Deputy Clerk: AF by TRB