1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   JULIE J. SHEMITZ (Cal. Bar No. 224093)
4  Assistant United States Attorney
   International Narcotics, Money Laundering & Racketeering Section
5       1400 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-5735
7       Facsimile: (213) 894-0142
        Cell:      (213) 500-9369
8       E-mail:    julie.shemitz@usdoj.gov

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

10

11                  UNITED STATES DISTRICT COURT

12             FOR THE CENTRAL DISTRICT OF CALIFORNIA

13  UNITED STATES OF AMERICA,          No. 2:23-CR-00524(A)-DMG

14           Plaintiff,                STIPULATION REGARDING REQUEST FOR
                                       (1) CONTINUANCE OF TRIAL DATE(S)
15           v.                        AND (2) FINDINGS OF EXCLUDABLE
                                       TIME PERIODS PURSUANT TO SPEEDY
16  EDGAR JOEL MARTINEZ-REYES ET       TRIAL ACT
        AL.,
17                                     **CURRENT TRIAL DATES:    11/5/24;
             Defendants.               3/25/2025**
18                                     **PROPOSED TRIAL DATE:    10/21/2025**

19

20       Plaintiff United States of America, by and through its counsel

21  of record, the United States Attorney for the Central District of

22  California and Assistant United States Attorney Julie J. Shemitz, and

23  defendants EDGAR JOEL MARTINEZ-REYES ("MARTINEZ-REYES"), both

24  individually and by and through his counsel of record, Zaura

25  Villagomez; SAI ZHANG ("ZHANG"), both individually and by and through

26  his counsel of record, Rueven L. Cohen and Youngbin Son; BERNARDO

27  MAUBERIS ("MAUBERIS"), both individually and by and through his

28  counsel of record, Robert M. Helfend; PANYU ZHAO, both individually

and by and through his counsel of record, Louis J. Shapiro; RAUL CONTRERAS, individually, and by and through his counsel of record, Charles C. Brown; GUILLERMO ZAMBRANO, individually, and by and through his counsel of record, John Targowski; HANG SU ("SU"), both individually and by and through his counsel of record, Michael D. Walsh; JIAYUNG YU, both individually, and by and through his counsel of record, Jonathan Perliss; XIAOLEI YE, both individually, and by and through his counsel of record, Edward M. Robinson; XUANYI MU ("MU"), both individually and by and through his counsel of record, Donald M. Matson; OSCAR EDUARDO MAYORGA ("MAYORGA"), both individually and by and through his counsel of record, Matthew J. Lombard; LEOPOLDO BERNAL, individually, and by and through his counsel of record, Anthony Solis; JOSE ANTONIO PARDO, individually, and by and through his counsel of record, Michael S. Chernis; and JIANDE ZHOU, individually, and by and through his counsel of record, Kevin Gres, hereby stipulate as follows:

1.    On April 4, 2024, a grand jury for the Central District of California returned first superseding indictment as to both United States v. Zhang, et al. and United States v. Martinez-Reyes, et al. Initial appearance and arraignment for defendant CHENGWU HE has been set for August 22, 2024.

2.    The Speedy Trial Act, 18 U.S.C. § 3161, requires that the trial commence on or before August 20, 2024.

3.    Defendants PEIJI TONG, CHENGWU HE ("C. HE"), DIEGO ACOSTA OVALLE, DANIEL GONZALEZ, and JIAXUAN HE ("J. HE") have not yet appeared in this district.

4.    All defendants who have appeared in this district have been released on bond pending trial.

5.    Defendant RODRIGUEZ-TRUJILLO (#11) was released on bond but has since absconded and his whereabouts are unknown.

6.    The parties estimate that the trial in this matter will last approximately three weeks.  All defendants are joined for trial and a severance has not been granted.

7.    The trial for defendant BELANDRIA-CONTRERAS (#4) is scheduled for October 21, 2025.

8.    By this stipulation, the undersigned parties move to continue the trial date to October 21, 2025, and the status conference to October 8, 2025.

9.    The 14 defense counsel who have executed this stipulation represent to this Court that they have conferred with their respective clients and that those defendants concur in the request for the continuance; they further assert that they will obtain and file their respective clients' signatures by the close of business on August 12, 2024.

10.   Defendants request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

a.    Counsel for defendants represent that they have various prior obligations and trial conflicts. Counsel for defendants also represent that additional time is necessary to confer with their defendants, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur.  Defense counsel represent that failure to grant the continuance would deny them reasonable time

necessary for effective preparation, taking into account the exercise
of due diligence.

       b.   Defendants believe that failure to grant the
continuance will deny them continuity of counsel and adequate
representation.

       c.   The government does not object to the continuance.

       d.   The requested continuance is not based on congestion
of the Court's calendar, lack of diligent preparation on the part of
the attorney for the government or the defense, or failure on the
part of the attorney for the Government to obtain available
witnesses.

    11.  For purposes of computing the date under the Speedy Trial
Act by which defendants' trial must commence, the parties agree that
the time period of January 2, 2024 to October 21, 2025, inclusive,
should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A),
(h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a
continuance granted by the Court at defendants' request, without
government objection, on the basis of the Court's finding that:
(i) the ends of justice served by the continuance outweigh the best
interest of the public and defendant in a speedy trial; (ii) failure
to grant the continuance would be likely to make a continuation of
the proceeding impossible, or result in a miscarriage of justice; and
(iii) failure to grant the continuance would unreasonably deny
defendant continuity of counsel and would deny defense counsel the
reasonable time necessary for effective preparation, taking into
account the exercise of due diligence.

12.   Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: August 6, 2024          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division


_____
                /s/
JULIE J. SHEMITZ
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA


I am EDGAR MARTINEZ-REYES's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision

to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

    */s/  with permission*         8/6/2024

_____    _____
ZAIRA VILLAGOMEZ                    Date
Attorney for Defendant
EDGAR MARTINEZ-REYES


    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025, at 8:30 a.m.


_____    _____
EDGAR MARTINEZ-REYES            Date
Defendant

**CERTIFICATION OF INTERPRETER**

    I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES on this date.


_____    _____
INTERPRETER                  Date

I am SAI ZHANG's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

/s/  *with permission*                    8/6/2024
_____          _____
RUEVEN L. COHEN                   Date
YOUNGBIN SON
Attorneys for Defendant
SAI ZHANG


This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

_____          _____
SAI ZHANG                         Date
Defendant

**CERTIFICATION OF INTERPRETER**

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant SAI ZHANG on this date.

_____          _____
INTERPRETER                       Date

7

1    I am BERNARDO MAUBERIS's attorney.  I have carefully discussed

2  every part of this stipulation and the continuance of the trial date

3  with my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025, is an

7  informed and voluntary one.

8    */s/  with permission*                    8//6/2024
   _____        _____
9  ROBERT M. HELFEND                   Date
   Attorney for Defendant
10 BERNARDO MAUBERIS

11

12    I have read this stipulation and have carefully discussed it

13 with my attorney. I understand my Speedy Trial rights.  I voluntarily

14 agree to the continuance of the trial date, and give up my right to

15 be brought to trial earlier than October 21, 2025.  I understand that

16 I will be ordered to appear in Courtroom 8C of the Federal

17 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18 2025 at 8:30 a.m.

19 *see attached signature page*
   _____        _____
20 BERNARDO MAUBERIS                   Date
   Defendant

21

22              **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24 English and Spanish languages.  I accurately translated this entire

25 agreement from English into Spanish to defendant BERNARDO MAUBERIS on

26 this date.

27
   _____        _____
28 INTERPRETER                         Date

                                8

1    I am PANYU ZHAO's attorney.  I have carefully discussed every

2  part of this stipulation and the continuance of the trial date with

3  my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025 is an

7  informed and voluntary one.

8    /s/  *with permission*                     8/6/2024
   _____    _____
9  LOUIS J. SHAPIRO                     Date
   Attorney for Defendant
10 PANYU ZHAO

11

12    I have read this stipulation and have carefully discussed it

13 with my attorney. I understand my Speedy Trial rights.  I voluntarily

14 agree to the continuance of the trial date, and give up my right to

15 be brought to trial earlier than October 21, 2025.  I understand that

16 I will be ordered to appear in Courtroom 8C of the Federal

17 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18 2025 at 8:30 a.m.

19

20 _____    _____
   PANYU ZHAO                           Date
   Defendant
21

22                    **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24 English and Mandarin languages.  I accurately translated this entire

25 agreement from English into Mandarin to defendant PANYU ZHAO on this

26 date.

27

28 _____    _____
   INTERPRETER                          Date

1    I am RAUL CONTRERAS's attorney.  I have carefully discussed

2    every part of this stipulation and the continuance of the trial date

3    with my client. I have fully informed my client of his Speedy Trial

4    rights.  To my knowledge, my client understands those rights and

5    agrees to waive them.  I believe that my client's decision to give up

6    the right to be brought to trial earlier than October 21, 2025, is an

7    informed and voluntary one.

8    /s/  *with permission*                8/6/2024
     _____    _____
9    CHARLES C. BROWN                    Date
     Attorney for Defendant
10   RAUL CONTRERAS

11

12    I have read this stipulation and have carefully discussed it

13   with my attorney. I understand my Speedy Trial rights.  I voluntarily

14   agree to the continuance of the trial date, and give up my right to

15   be brought to trial earlier than October 21, 2025.  I understand that

16   I will be ordered to appear in Courtroom 8C of the Federal

17   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18   2025 at 8:30 a.m.

19

     _____    _____
20   RAUL CONTRERAS                      Date
     Defendant
21

22                    **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24   English and Spanish languages.  I accurately translated this entire

25   agreement from English into Spanish to defendant RAUL CONTRERAS on

26   this date.

27

     _____    _____
28   INTERPRETER                         Date

                                10

I am GUILLERMO ZAMBRANO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

_/s/ with permission_                    8/6/2024
_____        _____
JOHN TARGOWSKI                          Date
Attorney for Defendant
GUILLERMO ZAMBRANO


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.


_____        _____
GUILLERMO ZAMBRANO                      Date
Defendant


## **CERTIFICATION OF INTERPRETER**

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant GUILLERMO ZAMBRANO on this date.


_____        _____
INTERPRETER                             Date

1    I am HANG SU's attorney.  I have carefully discussed every part

2    of this stipulation and the continuance of the trial date with my

3    client. I have fully informed my client of his Speedy Trial rights.

4    To my knowledge, my client understands those rights and agrees to

5    waive them.  I believe that my client's decision to give up the right

6    to be brought to trial earlier than October 21, 2025, is an informed

7    and voluntary one.

8       */s/ see attached*               8/6/2024

9    ─────────────────────────────    ─────────────────────────
     MICHAEL D. WALSH                              Date
     Attorney for Defendant

10   HANG SU

11

12   I have read this stipulation and have carefully discussed it

13   with my attorney. I understand my Speedy Trial rights.  I voluntarily

14   agree to the continuance of the trial date, and give up my right to

15   be brought to trial earlier than October 21, 2025.  I understand that

16   I will be ordered to appear in Courtroom 8C of the Federal

17   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18   2025 at 8:30 a.m.

19   *see attached signature page*

20   ─────────────────────────────    ─────────────────────────
     HANG SU                                       Date
     Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23   I, _____, am fluent in the written and spoken

24   English and Mandarin languages.  I accurately translated this entire

25   agreement from English into Mandarin to defendant HANG SU on this

26   date.

27

28   ─────────────────────────────    ─────────────────────────
     INTERPRETER                                   Date

1    I am JIAYONG YU's attorney.  I have carefully discussed every

2  part of this stipulation and the continuance of the trial date with

3  my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025 is an

7  informed and voluntary one.

8    /s/  *with permission*                    8/6/2024

_____         _____
9  JONATHON PERLISS                          Date
   Attorney for Defendant
10 JIAYONG YU

11

12    This agreement has been read to me in Mandarin, the language I

13  understand best, and I have carefully discussed every part of it with

14  my attorney.  I understand my Speedy Trial rights.  I voluntarily

15  agree to the continuance of the trial date and give up my right to be

16  brought to trial earlier than October 21, 2025.  I understand that I

17  will be ordered to appear at 350 West 1st Street, Los Angeles, CA,

18  90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

19

_____         _____
20 JIAYONG YU                                Date
   Defendant
21               **CERTIFICATION OF INTERPRETER**

22    I, _____, am fluent in the written and spoken

23  English and Mandarin languages.  I accurately translated this entire

24  agreement from English into Mandarin to defendant JIAYONG YU on this

25  date.

26

_____         _____
27 INTERPRETER                               Date

28

1    I am XIAOLEI YE's attorney.  I have carefully discussed every

2    part of this stipulation and the continuance of the trial date with

3    my client. I have fully informed my client of his Speedy Trial

4    rights.  To my knowledge, my client understands those rights and

5    agrees to waive them.  I believe that my client's decision to give up

6    the right to be brought to trial earlier than October 21, 2025 is an

7    informed and voluntary one.

8       /s/  *with permission*                              8/6/2024

9    EDWARD M. ROBINSON                          Date
     BRIAN ARTHUR ROBINSON
10   Attorneys for Defendant
     XIAOLEI YE
11

12
        This agreement has been read to me in Mandarin, the language I
13
     understand best, and I have carefully discussed every part of it with
14
     my attorney.  I understand my Speedy Trial rights.  I voluntarily
15
     agree to the continuance of the trial date and give up my right to be
16
     brought to trial earlier than October 21, 2025.  I understand that I
17
     will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
18
     90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.
19
     *see attached signature page*
20
     XIAOLEI YE                                  Date
21   Defendant
                      **CERTIFICATION OF INTERPRETER**
22
        I, _____, am fluent in the written and spoken
23
     English and Mandarin languages.  I accurately translated this entire
24
     agreement from English into Mandarin to defendant XIAOLEI YE on this
25
     date.
26

27
     INTERPRETER                                 Date
28

I am XUANYI MU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

*/s/  with permission*                                8/6/2024
_____        _____
DONALD J. MATSON                               Date
Attorney for Defendant
XUANYI MU

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____        _____
XUANYI MU                                      Date
Defendant

**CERTIFICATION OF INTERPRETER**

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant XUANYI MU on this date.

_____        _____
INTERPRETER                                    Date

I am SHOU YANG's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____        _____
ROBERT C. HSU                            Date
Attorney for Defendant
SHOU YANG

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____        _____
SHOU YANG                                Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant SHOU YANG on this date.

_____        _____
INTERPRETER                              Date

16

1    I am OSCAR EDUARDO MAYORGA'S attorney.  I have carefully

2    discussed every part of this stipulation and the continuance of the

3    trial date with my client. I have fully informed my client of his

4    Speedy Trial rights.  To my knowledge, my client understands those

5    rights and agrees to waive them.  I believe that my client's decision

6    to give up the right to be brought to trial earlier than October 21,

7    2025 is an informed and voluntary one.

8    _/s/_  _with permission_

_____          _____
9    MATTHEW J. LOMBARD                      Date
     Attorney for Defendant
10   OSCAR EDUARDO MAYORGA

11

12   I have read this stipulation and have carefully discussed it

13   with my attorney. I understand my Speedy Trial rights.  I voluntarily

14   agree to the continuance of the trial date, and give up my right to

15   be brought to trial earlier than October 21, 2025.  I understand that

16   I will be ordered to appear in Courtroom 8C of the Federal

17   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18   2025 at 8:30 a.m.

19

_____          _____
20   OSCAR EDUARDO MAYORGA                   Date
     Defendant
21

22                    **CERTIFICATION OF INTERPRETER**

23   I, _____, am fluent in the written and spoken

24   English and Spanish languages.  I accurately translated this entire

25   agreement from English into Spanish to defendant OSCAR EDUARDO

26   MAYORGA on this date.

27

_____          _____
28   INTERPRETER                            Date

I am VIDAL LICON-ROBLES's attorney.  I have carefully discussed
every part of this stipulation and the continuance of the trial date
with my client. I have fully informed my client of his Speedy Trial
rights.  To my knowledge, my client understands those rights and
agrees to waive them.  I believe that my client's decision to give up
the right to be brought to trial earlier than October 21, 2025 is an
informed and voluntary one.

_____        _____
ROBERT BERNSTEIN                        Date
Attorney for Defendant
VIDAL LICON-ROBLES

I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

_____        _____
VIDAL LICON-ROBLES                      Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken
English and Spanish languages.  I accurately translated this entire
agreement from English into Spanish to defendant VIDAL LICON-ROBLES
on this date.

_____        _____
INTERPRETER                             Date

1        I am LEOPOLDO BERNAL's attorney.  I have carefully discussed

2    every part of this stipulation and the continuance of the trial date

3    with my client. I have fully informed my client of his Speedy Trial

4    rights.  To my knowledge, my client understands those rights and

5    agrees to waive them.  I believe that my client's decision to give up

6    the right to be brought to trial earlier than October 21, 2025 is an

7    informed and voluntary one.

8                  */s/ with permission*          8/6/2024

    _____    _____

9    ANTHONY M. SOLIS                   Date
    Attorney for Defendant

10   LEOPOLDO BERNAL

11

    I have read this stipulation and have carefully discussed it

12   with my attorney. I understand my Speedy Trial rights.  I voluntarily

13   agree to the continuance of the trial date, and give up my right to

14   be brought to trial earlier than October 21, 2025.  I understand that

15   I will be ordered to appear in Courtroom 8C of the Federal

16   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

17   2025 at 8:30 a.m.

18

19   _____    _____

20   LEOPOLDO BERNAL                  Date
    Defendant

21

22                  **CERTIFICATION OF INTERPRETER**

23       I, _____, am fluent in the written and spoken

English and Spanish languages.  I accurately translated this entire

24   agreement from English into Spanish to defendant LEOPOLDO BERNAL on

25   this date.

26

27   _____    _____

    INTERPRETER                     Date

28

1    I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed
2  every part of this stipulation and the continuance of the trial date
3  with my client. I have fully informed my client of his Speedy Trial
4  rights.  To my knowledge, my client understands those rights and
5  agrees to waive them.  I believe that my client's decision to give up
6  the right to be brought to trial earlier than October 21, 2025 is an
7  informed and voluntary one.

8    */s/  with permission*                          8/6/2024
   _____      _____
9  MICHAEL S. CHERNIS                          Date
   Attorney for Defendant
10 JOSE ANTONIO PARDO

11    I have read this stipulation and have carefully discussed it
12 with my attorney. I understand my Speedy Trial rights.  I voluntarily
13 agree to the continuance of the trial date, and give up my right to
14 be brought to trial earlier than October 21, 2025.  I understand that
15 I will be ordered to appear in Courtroom 8C of the Federal
16 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17 2025 at 8:30 a.m.

18
19 _____      _____
   JOSE ANTONIO PARDO                          Date
20 Defendant

21
                         **CERTIFICATION OF INTERPRETER**
22    I, _____, am fluent in the written and spoken
23 English and Spanish languages.  I accurately translated this entire
24 agreement from English into Spanish to defendant JOSE ANTONIO PARDO
25 on this date.

26
27 _____      _____
   INTERPRETER                                Date
28

                                    20

I am JIANDE ZHOU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

 /s/  *with permission*                           8/6/2024
_____          _____
KEVIN D. GRES                              Date
Attorney for Defendant
JIANDE ZHOU


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.


_____          _____
JIANDE ZHOU                                Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant JIANDE ZHOUon this date.


_____          _____
INTERPRETER                                Date