1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   JULIE J. SHEMITZ (Cal. Bar No. 224093)
4  Assistant United States Attorney
   International Narcotics, Money Laundering & Racketeering Section
5       1400 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-5735
7       Facsimile: (213) 894-0142
        Cell:      (213) 500-9369
8       E-mail:    julie.shemitz@usdoj.gov

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

11                    UNITED STATES DISTRICT COURT

12                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 | UNITED STATES OF AMERICA,          | No. 2:23-CR-00524(A)-DMG-ALL
14 |        Plaintiff,                  | NOTICE OF FILING OF DEFENDANTS'
   |                                    | SIGNATURE PAGES IN SUPPORT OF
15 |        v.                          | STIPULATION TO CONTINUE DATE FOR
   |                                    | TRIAL (#337); ATTACHMENTS
16 | EDGAR JOEL MARTINEZ-REYES ET       |
   |    AL.,                            |
17 |        Defendants.                 |

19      Plaintiff, United States of America, by and through its attorney
20 of record, Assistant United States Attorney Julie J. Shemitz, and
21 defendants Edgar Martinez-Reyes (#1), by and through his attorney of
22 record, Zaira Villagomez, Eduardo Mayorga (#3), by and through his
23 attorney of record, Matthew Lombard, Guillermo Zambrano (#5), by and
24 through his attorney of record, John Targowski, Vidal Licon-Robles
25 (#8), by and through his attorney of record, Robert Bernstein, Jose
26 Antonio Pardo (#13), by and through his attorney of record, Michael
27 Chernis, Jiande Zhou (#14), by and through his attorney of record,
28 Kevin Gres, Sai Zhang (#16), by and through his attorneys of record,

Reuven Cohen and Youngbin Son, Jiayong Yu (#20), by and through his attorney of record, Jonathon Perliss, and Xuanyi Mu (#23), by and through his attorney of record, Donald Matson hereby file their respective signature pages in support of the stipulation to continue the date for trial filed by the parties in this matter on August 6, 2024. These signature pages are provided in accordance with the provisions of the previously-filed stipulation to continue the date for trial to October 21, 2025 at 8:30 a.m. before this Court (Dkt #337)[1].

Defendant Diego Acosta Ovalle (#6) is in custody in Mexico awaiting extradition.

Defendant Peiji Tong (#15) is in the custody of Chinese authorities on domestic Chinese charges.

Defendant Jiaxuan He (#24) is a fugitive, believed to be residing in China.

Defendant Chengwu He (#17) is scheduled to make his initial appearance on August 22, 2024.

Defendant Leopoldo Bernal (#9) was released to pretrial supervision for placement in a residential drug treatment facility.

Defendant Victor Rodriguez-Trujillo (#11) was released on bond with electronic monitoring, and has since cut of the monitoring device and is now a fugitive whose whereabouts are unknown.

Defendant Daniel Gonzalez, aka Rafael Arocho (#10), is a fugitive believed to be in northern California.

The remaining defendants, Raul Contreras (#2), Julio Alexandro Cabrera (#12), Panyu Zhao (#18), and Shou Yang (#23), have not

---

[1] The trial date for defendant Luis Belandria-Contreras was previously continued to October 21, 2025 (Dkt #331).

objected to the continuance, but have not yet provided their signature pages to the stipulation.

Dated: August 13, 2024            Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division


          /s/
JULIE J. SHEMITZ
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA