1  reasonable time necessary for effective preparation, taking into

2  account the exercise of due diligence.

3      9.    Nothing in this stipulation shall preclude a finding that

4  other provisions of the Speedy Trial Act dictate that additional time

5  periods be excluded from the period within which trial must commence.

6  Moreover, the same provisions and/or other provisions of the Speedy

7  Trial Act may in the future authorize the exclusion of additional

8  time periods from the period within which trial must commence.

9      IT IS SO STIPULATED.

Dated: August 5, 2024          Respectfully submitted,

10

E. MARTIN ESTRADA
United States Attorney

11

12                             MACK E. JENKINS
                               Assistant United States Attorney
13                             Chief, Criminal Division

14

                               _____/s/_____
15                             JULIE J. SHEMITZ
                               Assistant United States Attorney
16

                               Attorneys for Plaintiff
17                             UNITED STATES OF AMERICA

18

19

20     I am EDGAR MARTINEZ-REYES's attorney.  I have carefully

21  discussed every part of this stipulation and the continuance of the

22  trial date with my client. I have fully informed my client of his

23  Speedy Trial rights.  To my knowledge, my client understands those

24  rights and agrees to waive them.  I believe that my client's decision

25  to give up the right to be brought to trial earlier than _____

26  is an informed and voluntary one.

27  _____          8-24-2024
    ZAIRA VILLAGOMEZ                          Date

28

5

Scanned with CamScanner

Attorney for Defendant
1  EDGAR MARTINEZ-REYES

2

3

4      I have read this stipulation and have carefully discussed it

5  with my attorney. I understand my Speedy Trial rights.  I voluntarily

6  agree to the continuance of the trial date and give up my right to be

7  brought to trial earlier than October 21, 2025.  I understand that I

8  will be ordered to appear in Courtroom 8C of the Federal Courthouse,

9  350 W. 1st Street, Los Angeles, California on October 21, 2025 at

10 8:30 a.m.

   _____          _____8-12-24_____
11 EDGAR MARTINEZ-REYES              Date
   Defendant
12

13                    **CERTIFICATION OF INTERPRETER**

14     I, _Zaira Villagran_, am fluent in the written and spoken

15 English and Spanish languages.  I accurately translated this entire

16 agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES

17 on this date.

   _____          _____8-12-24_____
18 INTERPRETER                       Date

19

20

21

22

23

24

25

26

27

28

                               6