1    I am OSCAR EDUARDO MAYORGA'S attorney. I have carefully
2 discussed every part of this stipulation and the continuance of the
3 trial date with my client. I have fully informed my client of his
4 Speedy Trial rights. To my knowledge, my client understands those
5 rights and agrees to waive them. I believe that my client's decision
6 to give up the right to be brought to trial earlier than October 21,
7 2025 is an informed and voluntary one.

8 _____    8/10/24
9 MATTHEW J. LOMBARD                 Date
  Attorney for Defendant
10 OSCAR EDUARDO MAYORGA

11

12    I have read this stipulation and have carefully discussed it
13 with my attorney. I understand my Speedy Trial rights. I voluntarily
14 agree to the continuance of the trial date, and give up my right to
15 be brought to trial earlier than October 21, 2025. I understand that
16 I will be ordered to appear in Courtroom 8C of the Federal
17 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
18 2025 at 8:30 a.m.

19 _____    08/10/24
20 OSCAR EDUARDO MAYORGA              Date
   Defendant
21

22                    **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken
24 English and Spanish languages. I accurately translated this entire
25 agreement from English into Spanish to defendant OSCAR EDUARDO
26 MAYORGA on this date.

27                                    N/A
28 _____    _____
   INTERPRETER                        Date

                                17