1    I am GUILLERMO ZAMBRANO's attorney. I have carefully discussed
2    every part of this stipulation and the continuance of the trial date
3    with my client. I have fully informed my client of his Speedy Trial
4    rights. To my knowledge, my client understands those rights and
5    agrees to waive them. I believe that my client's decision to give up
6    the right to be brought to trial earlier than October 21, 2025, is an
7    informed and voluntary one.

8    _____    8/9/24
9    JOHN TARGOWSKI                      Date
     Attorney for Defendant
10   GUILLERMO ZAMBRANO

11

12   I have read this stipulation and have carefully discussed it
13   with my attorney. I understand my Speedy Trial rights. I voluntarily
14   agree to the continuance of the trial date, and give up my right to
15   be brought to trial earlier than October 21, 2025. I understand that
16   I will be ordered to appear in Courtroom 8C of the Federal
17   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
18   2025 at 8:30 a.m.

19   Guillermo Ortiz                    08-09-24
20   GUILLERMO ZAMBRANO                  Date
     Defendant
21

22              **CERTIFICATION OF INTERPRETER**

23   I, _____, am fluent in the written and spoken
24   English and Spanish languages. I accurately translated this entire
25   agreement from English into Spanish to defendant GUILLERMO ZAMBRANO
26   on this date.
27   Self interpreter                   _____
28   INTERPRETER                         Date