1   I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed
2   every part of this stipulation and the continuance of the trial date
3   with my client.  I have fully informed my client of his Speedy Trial
4   rights.  To my knowledge, my client understands those rights and
5   agrees to waive them.  I believe that my client's decision to give up
6   the right to be brought to trial earlier than October 21, 2025 is an
7   informed and voluntary one.

8   _____          08-07-2024
9   MICHAEL S. CHERNIS                       Date
    Attorney for Defendant
10  JOSE ANTONIO PARDO

11
12  I have read this stipulation and have carefully discussed it
13  with my attorney. I understand my Speedy Trial rights.  I voluntarily
14  agree to the continuance of the trial date, and give up my right to
15  be brought to trial earlier than October 21, 2025.  I understand that
16  I will be ordered to appear in Courtroom 8C of the Federal
17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
18  2025 at 8:30 a.m.

19  _____          08/07/2024
    Jose pardo (Aug 7, 2024 22:39 PDT)
20  JOSE ANTONIO PARDO                       Date
    Defendant

21
22              **CERTIFICATION OF INTERPRETER**

23  I, _____, am fluent in the written and spoken
24  English and Spanish languages.  I accurately translated this entire
25  agreement from English into Spanish to defendant JOSE ANTONIO PARDO
26  on this date.

27  _____          _____
    INTERPRETER                              Date
28

22