1    I am SAI ZHANG's attorney.  I have carefully discussed every

2    part of this stipulation and the continuance of the trial date with

3    my client. I have fully informed my client of his Speedy Trial

4    rights.  To my knowledge, my client understands those rights and

5    agrees to waive them.  I believe that my client's decision to give up

6    the right to be brought to trial earlier than October 21, 2025 is an

7    informed and voluntary one.

8    _____    8/7/2024
                                        _____
9    RUEVEN L. COHEN                    Date
     YOUNGBIN SON
10   Attorneys for Defendant
     SAI ZHANG

11

12   This agreement has been read to me in Mandarin, the language I
13
     understand best, and I have carefully discussed every part of it with
14
     my attorney.  I understand my Speedy Trial rights.  I voluntarily
15
     agree to the continuance of the trial date and give up my right to be
16
     brought to trial earlier than October 21, 2025.  I understand that I
17
     will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
18
     90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.
19

20   _____    8/7/2024
                                        _____
21   SAI ZHANG                          Date
     Defendant

22
                     **CERTIFICATION OF INTERPRETER**
23
     I, _____Yanyan Liu_____, am fluent in the written and spoken
24
     English and Mandarin languages.  I accurately translated this entire
25
     agreement from English into Mandarin to defendant SAI ZHANG on this
26
     date.
27   _____    08/07/2024
     yanyan liu                         _____
     INTERPRETER                        Date
28