TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
J. MARK CHILDS (Cal. Bar No. 162684)
Assistant United States Attorney
Chief, Transnational Organized Crime Section
JEREMY K. BEECHER (Cal. Bar No. 301272)
MATT COE-ODESS (Cal. Bar No. 313082)
Assistant United States Attorneys
Transnational Organized Crime Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: 213-894-2433/5429/8957
    Facsimile: (213) 894-0141
    E-mail:   mark.childs@usdoj.gov
              jeremy.beecher@usdoj.gov
              matt.coe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-524(A)-DMG-5 |
|     Plaintiff, | |
|         v. | |
| GUILLERMO ZAMBRANO, | |
|     Defendant. | |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys J. Mark Childs, Matt Coe-Odess, and Jeremy K. Beecher, hereby files the following status report pursuant to the Court's February 5, 2026, order.

**STATUS REPORT**

Defendant Guillermo Zambrano remains in the custody of United States Immigration and Customs Enforcement ("ICE") at the Adelanto, California Detention Facility.[1]  The undersigned prosecution team is unaware of any intention by ICE to release Zambrano from its custody. Zambrano's individual merits hearing remains set for February 23, 2026, before the Adelanto Immigration Court.[2]  The United States respectfully maintains its opposition to dismissal of this case for the reasons stated in its opposition brief (Dkt. No. 616) and at oral argument.

Dated: February 12, 2026           Respectfully submitted,

                                   TODD BLANCHE
                                   Deputy Attorney General

                                   BILAL A. ESSAYLI
                                   First Assistant United States
                                   Attorney

                                   ALEXANDER B. SCHWAB
                                   Assistant United States Attorney
                                   Acting Chief, Criminal Division

                                          /s/
                                   ─────────────────────────────────
                                   J. MARK CHILDS
                                   JEREMY K. BEECHER
                                   MATT COE-ODESS
                                   Assistant United States Attorneys

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

---

[1] https://locator.ice.gov/odls/#/results (last visited February 12, 2026).

[2] https://acis.eoir.justice.gov/en/caseInformation (last visited February 12, 2026).