JS-3

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| PLAINTIFF, | CR 23-524-DMG-5 |
| v. | |
| Guillermo Zambrano, 85105-510 | **JUDGMENT OF DISCHARGE** (Fed. R. Crim. P. 32(k)(1)) |
| DEFENDANT. | |

The defendant named above is now entitled to be discharged on ALL pending counts of the Indictment/Information for the reason(s) stated below:

☐ the Court has granted the motion of the government for dismissal;
☐ the Court has granted the motion of the defendant for a judgment of acquittal;
☐ a jury has been waived, and the Court has found the defendant not guilty;
☐ the jury has returned its verdict, finding the defendant not guilty;
☒ an order of dismissal has been entered by the court;
☒ other (*specify below*):

> On February 5, 2026, the Court granted the motion to dismiss and stated "the indictment will be dismissed with prejudice, as to . . . Zambrano, unless he is released from custody within seven days under the conditions set forth in Judge Donahue's bail order. The Government shall file a status report in seven days indicating the option it has chosen to pursue. Thereafter, the Court will enter judgment accordingly, if necessary." [Doc. # 633.] The Government's status report indicates ICE has chosen to maintain Zambrano in custody. Thus, the indictment is dismissed with prejudice as to Zambrano.

IT IS THEREFORE ADJUDGED that the defendant named above is hereby discharged pursuant to Federal Rule of Criminal Procedure 32(k)(1).

☒ IT IS ORDERED that the bond of the defendant is hereby exonerated.

February 12, 2026                                          _/s/ Dolly M. Gee_
Date                                                      Chief United States District Judge

**NOTICE TO U.S. MARSHAL - This Judgment of Discharge is not a substitute for the Release Form.**